```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**MARC EDWARD LEMEUR**                                              **PLAINTIFF**

v.                          Civil No. 09-5259

**CHARLIE DANIELS, ET AL.**                                       **DEFENDANTS**

### O R D E R

Now on this 6th day of August, 2010, comes on for consideration **Plaintiff's Motion for Acceptance for Value and Return for Discharge of Filing Fees** (document #4) and the **Report and Recommendation of the Magistrate Judge** (document #5), in this matter, to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Plaintiff's Motion for Acceptance for Value and Return for Discharge of Filing Fees** (document #6) is hereby **DENIED** and Plaintiff's complaint is hereby dismissed. The Clerk is directed to place a strike flag on this case pursuant to 28 U.S.C. § 1915(g).

                                      /s/Jimm Larry Hendren
                                      HON. JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE